Ira M. Siegel, Cal. State Bar No. 78142
email address: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:    310-435-7656
Fax:    310-657-2187

Attorney for Plaintiff New Sensations, Inc.

E-filing

FILED
DEC 23 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New Sensations, Inc.,<br>a California corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>DOES 1-1745,<br><br>               Defendants. | CV 10 5863<br>CASE NO. _____<br><br>COMPLAINT FOR INJUNCTIVE<br>RELIEF, DAMAGES AND PROFITS FOR<br>COPYRIGHT INFRINGEMENT; AND<br>DEMAND FOR JURY TRIAL |

Plaintiff New Sensations, Inc. (sometimes referred to herein as "Plaintiff") for its First

Amended Complaint against Defendants Doe 1 through Doe 1745 (sometimes referred to herein

collectively as "Defendants") alleges as set forth below.

### NATURE OF THE CLAIM, JURISDICTION AND VENUE

1.     This is an action for copyright infringement under the United States Copyright

Act, 17 U.S.C. §§ 101 etc. Jurisdiction of this Court over this action is conferred by 28 U.S.C. §

1338(a).

2.     Venue in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. §

1400(a). Although the true identity of each Defendant is unknown to the Plaintiff at this time, on

information and belief, each Defendant may be found in this District, and/or the acts complained

1   of herein occurred and/or have a significant effect within this District.  Therefore, venue in this

2   Court is proper in accordance with 28 U.S.C. §§ 1391(b) and 1400(a).

3                                **INTRADISTRICT ASSIGNMENT**

4        3.      This is an intellectual property action and is therefore exempt from the

5   requirements of Civil Local Rule 3-2(c).

6                                        **THE PARTIES**

7        4.      Plaintiff New Sensations, Inc. is a corporation duly formed and existing under the

8   laws of California, and has a principal place of business at 21345 Lassen Street, Chatsworth,

9   California 91311.

10       5.      The true names of Defendants are unknown to the Plaintiff at this time. Each

11  Defendant is known to Plaintiff only by the Internet Protocol ("IP") address assigned to that

12  Defendant by his, her or its Internet Service Provider on the date and at the time at which the

13  infringing activity of each Defendant was observed. The IP address of each Defendant, together

14  with the date and time at which his, her or its infringing activity was observed, is included on

15  **Exhibit A** which is attached hereto.  On information and belief, Plaintiff states that information

16  obtained in discovery will lead to the identification of each Defendant's true name and address,

17  and permit Plaintiff to amend this Complaint to state the same.

18                                        **COUNT I**

19             *COPYRIGHT INFRINGEMENTS UNDER 17 U.S.C. §§ 101 ETC.*

20       6.      Plaintiff repeats and reincorporates herein the allegations set forth in paragraphs

21  1-5 above.

22       7.      Plaintiff is a motion picture production company.  Plaintiff is, and at all relevant

23  times has been, the owner of the copyrights and/or the owner of the exclusive rights under the

24  copyrights in the United States in the motion picture titled "The Office: A XXX Parody" (the

25  "Motion Picture").

26       8.      The Motion Picture is an original work that may be copyrighted under United

27  States law.  The Motion Picture is the subject of a valid Certificate of Registration issued by the

28  United States Copyright Office, that is Copyright Registration No. PA 1-659-574 (also listed in

1    United States Copyright Office records as Registration Number PA0001659574), dated

2    July 31, 2009, and Plaintiff owns that registration.. The title of the Motion Picture and its

3    copyright registration number are included in **Exhibit A**.

4        9.    Plaintiff has either published or licensed for publication all copies of the Motion

5    Picture in compliance with the copyright laws.

6        10.    **Exhibit A** identifies, on a Defendant-by-Defendant basis (one Defendant per

7    row), the copyrighted motion picture, and the registration number of the copyright for that

8    motion picture, that each Defendant has, without the permission or consent of the Plaintiff,

9    reproduced and distributed to the public. That is, each Defendant listed in **Exhibit A** has,

10   without permission or consent of Plaintiff, reproduced and distributed to the public at least a

11   substantial portion of Plaintiff's copyrighted work that is listed in the same row as the identifier

12   for that Defendant (i.e., Plaintiff's copyrighted Motion Picture). **Exhibit A** also sets out the

13   Internet Protocol ("IP") address associated with each Defendant, the identity of the Internet

14   Service Provider (often referred to as an "ISP") associated with the IP address, the last-observed

15   date and time ("Timestamp") that the infringement by that Defendant of Plaintiff's copyright in

16   the Motion Picture was observed, and the software protocol used by the Defendant. Further in

17   this regard, Plaintiff is informed and believes that each of the Defendants, without the permission

18   or consent of Plaintiff, has used, and continues to use, an online media distribution system

19   (sometimes referred to as a "peer to peer" network or a "P2P" network) to reproduce at least one

20   copy of the Motion Picture, and to distribute to the public, including by making available for

21   distribution to others, copies of the Motion Picture. In doing so, each Defendant has violated,

22   and continues to violate, Plaintiff's exclusive rights of reproduction and distribution under . Each

23   Defendant's actions constitute infringement of the Plaintiff's exclusive rights in the Motion

24   Picture protected under the Copyright Act of 1976 (17 U.S.C. § 101 et seq.), including under 17

25   U.S.C. § 106(1) and (3). Each Defendant has infringed Plaintiff's copyrights in the motion

26   picture titled "The Office: A XXX Parody," which is the subject of Plaintiff's Copyright

27   Registration No. PA 1-659-574.

28

1    11.    Each Defendant has acted in cooperation with the other Defendants by agreeing to

2    provide, and actually providing, on a P2P network an infringing reproduction of at least

3    substantial portions of Plaintiff's copyrighted Motion Picture, in anticipation of the other

4    Defendants doing likewise with respect to that work and/or other works.

5    12.    Each of the Defendant's acts of infringement have been willful, intentional, and in

6    disregard of and with indifference to the rights of Plaintiff.

7    13.    Plaintiff has suffered both money damages and irreparable harm as a result of

8    each Defendant's infringement of Plaintiff's copyrights in the Motion Picture. In addition,

9    discovery may disclose that one or more of the Defendants obtained profits as a result of such

10   infringement.

11   14.    As a result of each Defendant's infringement of Plaintiff's exclusive rights under

12   copyright, Plaintiff is entitled to relief pursuant to 17 U.S.C. § 504, and to its attorneys' fees and

13   costs pursuant to 17 U.S.C. § 505.

14   15.    The conduct of each Defendant is causing and, unless enjoined and restrained by

15   this Court will continue to cause, Plaintiff great and irreparable injury that cannot fully be

16   compensated or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17

17   U.S.C. §§ 502 and 503, the Plaintiff is entitled to injunctive relief prohibiting each Defendant

18   from further infringing Plaintiff's copyrights and ordering that each Defendant destroy all copies

19   of the copyrighted motion pictures made in violation of the Plaintiffs' copyrights.

20                                    **RELIEF REQUESTED**

21   WHEREFORE, Plaintiff requests that the Court enter judgment against each Defendant

22   as follows:

23   A.    For a judgment that such Defendant has infringed Plaintiff's copyright in the

24   Motion Picture;

25   B.    For entry of preliminary and permanent injunctions providing that such

26   Defendant shall be enjoined from directly or indirectly infringing the Plaintiffs' rights in the

27   Motion Picture, including without limitation by using the Internet to reproduce or copy the

28   Motion Picture, to distribute the Motion Picture, or to make the Motion Picture available for

Complaint                                      4

1 distribution to anyone, except pursuant to a lawful license or with the express authority of

2 Plaintiffs;

3      C.     For entry of preliminary and permanent mandatory injunctions providing that

4 such Defendant shall destroy all copies of the Motion Picture that Defendant has downloaded

5 onto any computer hard drive or server without Plaintiff's authorization and shall destroy all

6 copies of the Motion Picture transferred onto any physical medium or device in Defendant's

7 possession, custody, or control;

8      D.     For entry of judgment that such Defendant shall pay actual damages and profits,

9 or statutory damages, pursuant to 17 U.S.C. § 504, at the election of Plaintiff;

10      E.     For entry of judgment that such Defendant shall pay Plaintiff's costs;

11      F.     For entry of judgment that such Defendant shall pay Plaintiff's reasonable

12 attorney fees; and

13      G.     For entry of judgment that Plaintiff have such other relief as justice may require

14 and/or as otherwise deemed just and proper by this Court.

15                          Respectfully submitted,

16

17  Date:  December 22, 2010

                             Ira M. Siegel, Cal. State Bar No. 78142
18                              email address:  irasiegel@earthlink.net
                             LAW OFFICES OF IRA M. SIEGEL
19                              433 N. Camden Drive, Suite 970
                             Beverly Hills, California 90210-4426
20                              Tel:     310-435-7656
                             Fax:    310-657-2187
21

                             Attorney for Plaintiff New Sensations, Inc.
22

23

24

25

26

27

28

  Complaint                        5

1                           **JURY DEMAND**

2        Plaintiff hereby demands trial by jury on all issues so triable.

3

4                           Respectfully submitted,

5

6

7 Date: December 22, 2010

8                           Ira M. Siegel, Cal. State Bar No. 78142
email address:  irasiegel@earthlink.net

9                           LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426

10                          Tel:    310-435-7656
Fax:    310-657-2187

11

12                          Attorney for Plaintiff New Sensations, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint                            6