UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| NEW SENSATIONS INC, | No. C 10-05863 MEJ |
| Plaintiff, | **ORDER VACATING CMC** |
| v. | |
| DOES 1-1745, et al., | |
| Defendants. | |

This matter is currently scheduled for a case management conference on April 14, 2011. However, as there is no indication that any defendants have been served, the Court VACATES the April 14 c.m.c. and ORDERS Plaintiff to file a status report by April 28, 2011.

**IT IS SO ORDERED.**

Dated: April 8, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge