UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| NEW SENSATIONS INC, | No. C 10-05863 MEJ |
| Plaintiff, | **ORDER RE STATUS REPORT** |
| v. | |
| DOES 1-1745, et al., | |
| Defendants. | |
| _____/ | |

Having reviewed Plaintiff's April 26, 2011 status report, the Court ORDERS Plaintiff to file an updated status report by September 22, 2011.

**IT IS SO ORDERED.**

Dated: April 26, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**