UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| NEW SENSATIONS INC,<br><br>          Plaintiff,<br>     v.<br><br>DOES 1-1745, et al.,<br><br>          Defendants.<br>_____/ | No. C 10-05863 MEJ<br><br>**ORDER DENYING MOTION TO QUASH** |

On May 18, 2011, an anonymous individual named "Doe" filed a motion to quash the subpoena issued by Plaintiff New Sensations, Inc. to Verizon Communications, Inc. The Court hereby DENIES Doe's request. The motion addresses the merits of the case and issues related to discovery. These issues, while not proper reasons to grant the motion to quash, may be raised at a later date.

**IT IS SO ORDERED.**

Dated: May 19, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge