IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEW SENSATIONS, INC., a California corporation,

        Plaintiff,

  v.

DOES 1–1745,

        Defendants.

No. C 10-05863 WHA

**ORDER DENYING MOTION FOR A PROTECTIVE ORDER**

      On June 21, 2011, *pro se* defendant Ronald Burr Jr. filed a motion for a protective order, as well as a motion to dismiss for lack of personal jurisdiction, a motion to quash or vacate a subpoena, and an affidavit supporting the latter two motions. The motion for a protective order requests permission for defendant Burr to proceed as an anonymous litigant in order to protect his identity. Specifically, defendant Burr wishes to proceed "substantially in the form of 'John Doe #XXXX (identity protected) . . . .'"

      Such pseudonyms may be used only in unusual cases when nondisclosure of a party's identity is necessary to protect a person from harassment, injury, ridicule, or personal embarrassment." *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067–68 (9th Cir. 2000). Here, defendant seeks "to protect his identity from being disclosed to the Plaintiff and automatically subjecting himself to the jurisdiction of this court." Defendant's strategic and jurisdictional concerns do not entitle him to litigate anonymously. Good cause not having been shown, defendant Burr's motion for a protective order is **DENIED**. The clerk shall place all four of the June 21 filings in the public docket without redacting any information.

      **IT IS SO ORDERED.**

Dated: June 22, 2011.

                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE