1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEW SENSATIONS, INC., a California corporation,

       Plaintiff,

  v.

DOES 1–1745,

       Defendants.

_____/

No. C 10-05863 WHA

**ORDER SETTING BRIEFING AND HEARING ON BURR MOTIONS**

On June 21, 2011, *pro se* defendant Ronald Burr Jr. filed a motion to dismiss for lack of personal jurisdiction and a motion to quash or vacate a subpoena.  He did not notice a date for the motions to be heard.  Both motions will be heard at **2:00 P.M. ON AUGUST 4, 2011**.  Plaintiff may file oppositions to the motions by **JULY 7, 2011**.  Defendant may file replies to the oppositions by **JULY 21, 2011**.

**IT IS SO ORDERED.**

Dated:  June 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE