IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEW SENSATIONS, INC., a California corporation,

    Plaintiff,

  v.

DOES 1–1745,

    Defendants.
                                      /

No. C 10-05863 WHA

**ORDER REGARDING PRÉCIS REQUESTS**

      An anonymous litigant claiming to have the Internet Protocol address associated with defendant Doe Number 733 seeks leave to file a variety of motions (Dkt. No. 33). Plaintiff did not respond. Having considered the précis, this order provides that Doe 733 may proceed as follows.

      *First*, before making any other filings, Doe 733 must disclose his or her identity to the Court and the parties. Doe 733 may do so by filing a disclosure statement under seal. As explained in the order striking Doe 733's anonymous motion to dismiss (Dkt. No. 28), no litigant may participate in this action without informing at least the Court and the parties of his or her identity.

      *Second*, after disclosing his or her identity under seal, Doe 733 may file a motion for leave to proceed anonymously in *public* filings. The motion should be filed in the public docket and noticed to be heard on the normal 35-day track. Pending resolution of that motion, the

pseudonym "Doe 733" may be used in public filings. Counsel are advised that the public has a strong interest in knowing litigants' identities, and that permission to proceed anonymously will be granted only for good cause shown in the most unusual cases. *See, e.g.*, *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067–68 (9th Cir. 2000). It is unlikely that this is such a case, but the decision will be made after the parties have a full opportunity to brief the issue. Thus, the request by Doe 733 for permission to file a motion to proceed under a pseudonym is **GRANTED** with the foregoing constraints and caveats.

*Third*, the requests by Doe 733 for permission to file a motion to dismiss the complaint and a motion to quash the subpoena directed to Cablevision are **DENIED**. The précis does not explain the basis for those proposed motions, so it is impossible to determine whether they are likely to succeed or materially advance the action. This denial is without prejudice to renewal of the requests after the identity of Doe 733 is disclosed under seal and the question of his or her public anonymity is resolved.

**IT IS SO ORDERED.**

Dated: July 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE