IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW SENSATIONS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> DOES 1–1745, <br><br> Defendants. / | No. C 10-05863 WHA <br><br> **ORDER REGARDING MOTION TO QUASH** |

On July 12, 2011, non-party N-I-Tech, LLC filed a motion to quash a subpoena that it apparently received in connection with this action. The motion, however, contains very little information. It does not include a copy of the subpoena, it does not provide contact information for N-I-Tech or its counsel, and it does not notice a date for the motion to be heard.

Plaintiff shall file a response to the motion by **JULY 27, 2011**. Plaintiff shall please provide a copy of the subpoena and any other information plaintiff has concerning N-I-Tech and its relationship to this action. N-I-Tech may then file a reply by **AUGUST 5, 2011**. The motion will be decided without oral argument unless otherwise stated.

N-I-Tech is advised that a corporation may appear in the federal courts only through licensed counsel. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993). Because it is unclear whether the individual who filed the motion to quash was an attorney, the motion will not be stricken at this time. Going forward, however, N-I-Tech must comply with this rule.

The clerk shall attempt to serve a copy of this order on N-I-Tech by mailing it to the incomplete address provided on the motion if a complete address cannot be obtained.

**IT IS SO ORDERED.**

Dated:  July 13, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE