IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW SENSATIONS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOES 1–1745,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 10-05863 WHA<br><br>**ORDER DENYING *EX PARTE* REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

　　　　In June 2011, this case was reassigned to the undersigned judge and an initial case management conference was set for August 4, 2011 (Dkt. Nos. 18, 29). A case management statement was due by July 28, 2011, but none was filed. On August 3 — the day before the case management conference — plaintiff's counsel filed an *ex parte* request to vacate the conference or to conduct it telephonically (Dkt. No. 41). The request is **DENIED**. A case management conference is necessary to set a schedule for the diligent prosecution of this action, and the courtroom equipment does not allow for telephonic appearances. Counsel shall attend the August 4 conference in person and shall be prepared to identify a date by which the complaint will be amended to name any and all Doe defendants. Counsel also should be prepared to show cause why neither the required case management statement nor the required response to the July 13 order was filed. Plaintiff's counsel are hereby put on notice that a continued pattern of disregarding court orders may be grounds for dismissal of the action pursuant to FRCP 41(b).

　　　　**IT IS SO ORDERED.**

Dated: August 3, 2011.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE