IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEW SENSATIONS INC.,
a California corporation,

        Plaintiff,

  v.

DOES 1–1745,

        Defendants.
                                  /

No. C 10-05863 WHA

**CASE MANAGEMENT ORDER**

      After a case management conference, the Court enters the following order pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Civil Local Rule 16-10:

      A further case management conference is set for **OCTOBER 6, 2011, AT 11:00 A.M.** The Court expects all Doe defendants to be identified and served by October 6, 2011. Please file a joint case management conference statement at least seven days prior.

      **IT IS SO ORDERED.**

Dated: August 4, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE