## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:  August 4, 2011                                    Total Hearing Time: 10 minutes

Case No.  C10-05863 WHA

Title:  NEW SENSATIONS INC v. DOES 1-1745

Plaintiff Attorney(s): Ira Siegel

Defense Attorney(s): Tara Clancey (specially appearing for Doe 733)

Deputy Clerk:  Dawn Toland                    Court Reporter: Belle Ball

**PROCEEDINGS**

1)  CMC - HELD

2)  

Complete Initial Disclosures (Rule 26):

Last Day to Seek Leave to Add/Amend:

Discovery Cutoff:

Last Day to File Motion:

Continued to  **10/6/11 at 11:00 am**  for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Defendant Does 733 has not been properly served yet.