August 10, 2011

FILED AUG 1 1 2011 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

RECEIVED AUG 1 1 2011 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

District Judge William Alsup
San Francisco Courthouse
Courtroom 9 - 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

CV 10-05863 WHA

REFERENCES:
Court Case NO. CV 10-05863-WHA; New Sensations Inc., (the Plaintiff) v. DOES 1-1745
Court: United States District Court for the Northern District of California
Copyrighted work: The Office a xxx parody

Dear Judge Alsup:

I object to the subpoena to produce documents, information, or objects or to permit inspection of premises in the referenced civil action on the grounds that it would subject me to undue burden and expense to obtain the information requested. My name was on an internet account in May 2010 which I was responsible to pay the Internet Service Provider (ISP) for the internet service, not to police it. I did not download the referenced copyrighted work from New Sensations Inc. but the internet service was shared over a wireless router and someone may have downloaded the copyrighted work unknown to me. Part of the time I was a customer of this ISP, we had a wireless router that was un-secured and anyone within a hundred yards in the apartment complex could have downloaded the referenced copyrighted work. When a secured router was in use, the wi-fi internet service was shared by myself and my three roommates at the time. I object to the the subpoena on these grounds.

Sincerely,

Blake G.

John Doe Defendant