RECEIVED BY MAIL
AUG -8 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Filed
RECEIVED
AUG 1 2 2011
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

August 3, 2011

New Sensations, Inc., Plaintiff
VS.
Does 1-1745 Defendants
C.A. NO. CV-10-05863-MEJ

To Whom It May Concern,

I wish to object to the motion before the court ordering that my personal information be shared. I have no knowledge of said offense before the court, and after talking with Charter, who is my provider I realize my modem was unsecured. I feel violated in the knowledge that someone could access my computer and modem to cause this offense. I have taken steps to secure my modem and hope this would stop any future offenses. I would hope that the court would look upon this matter and give objective consideration to what I have stated in regards to my own personal privacy.

Respectfully,
Anonymous