IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEW SENSATIONS, INC., a California corporation,

    Plaintiff,

  v.

DOES 1–1745,

    Defendant.
                                           /

No. C 10-05863 WHA

**ORDER STRIKING MOTION TO QUASH SUBPOENAS, DISMISS ACTION, AND VACATE PREVIOUS ORDERS**

On August 16, 2011, an anonymous litigant filed a motion requesting the Court to quash all outstanding subpoenas, dismiss the action, and vacate a previous order allowing discovery. The anonymous litigant is represented by counsel, who identifies his client only as "Moving Defendant 173.76.128.164" (Dkt. No. 55). Because "Moving Defendant 173.76.128.164" has disclosed no identifying information, there is no way to determine whether the motion was filed by a real party in interest or a stranger to the litigation. As such, the filing is improper. Additionally, to the extent the motion contests personal jurisdiction, it is premature, because the movant has not yet been named as a defendant in the action. The clerk shall **STRIKE** Dkt. No. 55.

If "Moving Defendant 173.76.128.164" wishes to appear in this action anonymously or otherwise, he or she must follow the proper procedures for doing so. At a minimum, the Court and the parties must be informed of the litigant's identity. If the litigant wishes to protect his or her identity from the *public*, the litigant may use a pseudonym in public filings only after receiving permission for good cause shown. The court of appeals, however, allows the use of pseudonyms only in the most unusual cases. *See, e.g.*, *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067–68 (9th Cir. 2000).

    **IT IS SO ORDERED.**

Dated: August 17, 2011.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE