Ira M. Siegel, CA State Bar No. 78142
Email address: info@irasiegellaw.com
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210
Tel: 888-406-1004
Fax: 888-406-8732

Attorney for Plaintiff New Sensations, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New Sensations, Inc.<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DOES 1-1745,<br><br>　　　　　　Defendants. | CASE NO. CV-10-05863-MEJ<br><br>**Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s), Namely Doe(s) 7, 9, 17, 60, 83, 99, 114, 116, 157, 204, 221, 228, 283, 309, 415, 419, 473, 559, 560, 565, 603, 620, 792, 865, 872, 886, 887, 908, 945, 950, 990, 993, 995, 1069, 1103, 1144, 1177, 1436, 1437, 1441, 1442, 1446, 1480, 1484, 1504, 1510, 1514** |

　　　Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 7 | 108.13.12.126 | 2010-10-24 04:16:13 -0400 |
| Doe 9 | 108.18.249.27 | 2010-10-02 03:32:41 -0400 |
| Doe 17 | 108.7.97.62 | 2010-08-09 04:16:52 -0400 |
| Doe 60 | 173.188.32.63 | 2010-09-26 23:54:53 -0400 |
| Doe 83 | 173.52.6.3 | 2010-08-06 14:16:06 -0400 |
| Doe 99 | 173.70.50.133 | 2010-06-12 18:12:16 -0400 |
| Doe 114 | 173.76.22.9 | 2010-05-21 06:21:29 -0400 |

| | | |
|---|---|---|
| Doe 116 | 173.79.6.68 | 2010-10-11 22:55:27 -0400 |
| Doe 157 | 174.31.31.206 | 2010-10-14 07:53:40 -0400 |
| Doe 204 | 184.97.134.231 | 2010-08-21 05:31:38 -0400 |
| Doe 221 | 209.124.221.142 | 2010-07-29 21:34:42 -0400 |
| Doe 228 | 216.114.237.127 | 2010-10-18 20:29:24 -0400 |
| Doe 283 | 24.148.26.119 | 2010-10-19 19:02:38 -0400 |
| Doe 309 | 24.184.187.238 | 2010-09-23 00:59:54 -0400 |
| Doe 415 | 64.233.210.148 | 2010-07-08 14:09:44 -0400 |
| Doe 419 | 64.53.215.67 | 2010-09-24 00:05:38 -0400 |
| Doe 473 | 66.243.232.219 | 2010-08-06 12:21:04 -0400 |
| Doe 559 | 67.42.55.214 | 2010-08-20 05:53:38 -0400 |
| Doe 560 | 67.43.242.212 | 2010-08-10 00:59:20 -0400 |
| Doe 565 | 67.80.79.150 | 2010-08-15 00:58:47 -0400 |
| Doe 603 | 68.119.108.7 | 2010-10-23 22:26:18 -0400 |
| Doe 620 | 68.192.136.146 | 2010-07-09 17:32:14 -0400 |
| Doe 792 | 69.4.114.183 | 2010-07-02 10:19:06 -0400 |
| Doe 865 | 71.103.23.78 | 2010-06-09 21:38:42 -0400 |
| Doe 872 | 71.125.230.230 | 2010-07-08 02:05:39 -0400 |
| Doe 886 | 71.162.107.214 | 2010-10-08 22:36:28 -0400 |
| Doe 887 | 71.163.188.26 | 2010-05-21 02:48:53 -0400 |
| Doe 908 | 71.191.34.33 | 2010-09-15 00:18:52 -0400 |
| Doe 945 | 71.208.12.73 | 2010-06-14 21:10:24 -0400 |
| Doe 950 | 71.212.175.95 | 2010-09-18 00:58:41 -0400 |
| Doe 990 | 71.245.220.68 | 2010-07-01 01:13:35 -0400 |
| Doe 993 | 71.252.163.11 | 2010-05-29 09:54:10 -0400 |
| Doe 995 | 71.253.25.160 | 2010-08-13 21:48:00 -0400 |
| Doe 1069 | 72.253.1.182 | 2010-10-02 19:38:53 -0400 |
| Doe 1103 | 74.138.241.139 | 2010-10-04 07:02:25 -0400 |
| Doe 1144 | 74.96.154.216 | 2010-10-18 02:39:25 -0400 |
| Doe 1177 | 75.165.169.24 | 2010-10-23 00:47:38 -0400 |
| Doe 1436 | 96.229.129.22 | 2010-07-07 02:56:31 -0400 |
| Doe 1437 | 96.231.17.147 | 2010-08-07 10:51:37 -0400 |
| Doe 1441 | 96.235.102.23 | 2010-09-23 00:59:57 -0400 |

| Doe 1442 | 96.237.155.252 | 2010-06-16 14:21:34 -0400 |
| --- | --- | --- |
| Doe 1446 | 96.246.232.73 | 2010-08-15 19:13:48 -0400 |
| Doe 1480 | 97.116.174.101 | 2010-09-12 00:59:24 -0400 |
| Doe 1484 | 97.125.194.240 | 2010-08-06 01:51:55 -0400 |
| Doe 1504 | 98.112.29.192 | 2010-07-29 21:33:09 -0400 |
| Doe 1510 | 98.116.58.157 | 2010-10-16 23:34:27 -0400 |
| Doe 1514 | 98.118.60.222 | 2010-05-20 12:04:32 -0400 |

Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

Date: August 19, 2011

*Ira M. Siegel*

Ira M. Siegel, CA State Bar No. 78142
Email address: info@irasiegellaw.com
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210
Tel: 888-406-1004
Fax: 888-406-8732

Attorney for Plaintiff New Sensations, Inc.