|   |   |
|---|---|
| 1 | Ira M. Siegel, Cal. State Bar No. 78142 |
|   | email address:  irasiegel@earthlink.net |
| 2 | LAW OFFICES OF IRA M. SIEGEL |
|   | 433 N. Camden Drive, Suite 970 |
| 3 | Beverly Hills, California 90210-4426 |
|   | Tel:     310-435-7656 |
| 4 | Fax:    310-657-2187 |

Attorney for Plaintiff New Sensations, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NEW SENSATIONS, INC., | CASE NO. CV 10-05863 WHA |
|---|---|
| Plaintiff, | **Fed. R. Civ. P. 41(a) Dismissal Without Prejudice of Specific Doe Defendants, Namely Does 2-6, 8, 10-16, 18-59, 61-82, 84-87, 89-92, 94-98, 100-103, 106-109, 111-113, 115, 117-138, 140-156, 158-203, 205-220, 222-227, 229-253, 255-282, 284-307, 311-313, 315-366, 368-414, 416-418, 420-461, 463-472, 474-558, 561-564, 566-568, 570, 604-619, 621-623, 625-719, 721-726, 728, 731-791, 793-855, 857-859, 861-864, 866-871, 873-885, 888, 890-907, 909-944, 946-949, 952-989, 991-992, 994, 996-1019, 1070-1090, 1092-1102, 1104-1143, 1145-1166, 1168-1176, 1178-1435, 1438-1440, 1443-45, 1447-1460, 1462-1479, 1481-1483, 1485-1502, 1505, 1507-1508, 1511, 1513, and 1515-1745** |
| v. |  |
| DOES 1- 1745, |  |
| Defendants. |  |

   Plaintiff dismisses without prejudice the following Doe defendats from the above identified action pursuant to Fed. R. Civ. P. 41(a):

   2-6, 8, 10-16, 18-59, 61-82, 84-87, 89-92, 94-98, 100-103, 106-109, 111-113, 115, 117-138, 140-156, 158-203, 205-220, 222-227, 229-253, 255-282, 284-307, 311-313, 315-366, 368-414, 416-418, 420-461, 463-472, 474-558, 561-564, 566-568, 570, 604-619, 621-623, 625-719, 721-726, 728, 731-791, 793-855, 857-859, 861-864, 866-871, 873-885, 888, 890-907, 909-944, 946-949, 952-989, 991-992, 994,

996-1019, 1070-1090, 1092-1102, 1104-1143, 1145-1166, 1168-1176, 1178-1435, 1438-1440, 1443-45, 1447-1460, 1462-1479, 1481-1483, 1485-1502, 1505, 1507-1508, 1511, 1513, 1515-1745

For the purpose of clarity, Plaintiff states that except for those Doe defendants dismissed with prejudice in Documents ## 57 and 62 filed, respectively, on August 18, 2011 and September 30, 2011, all other defendants have now been dismissed without prejudice and no defendants remain in this case.

Respectfully submitted,

Date: October 4, 2011

*(signature)*

Ira M. Siegel, Cal. State Bar No. 78142
email address: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:    310-435-7656
Fax:   310-657-2187

Attorney for Plaintiff New Sensations, Inc.

Fed. R. Civ. P. 41(a) Dismissal Without Prejudice of Specific Doe Defendant(s) - Case No. CV 10-058634 WHA        2