```
1   Ira M. Siegel, Cal. State Bar No. 78142
    email address:  irasiegel@earthlink.net
2   LAW OFFICES OF IRA M. SIEGEL
    433 N. Camden Drive, Suite 970
3   Beverly Hills, California 90210-4426
    Tel:    310-435-7656
4   Fax:    310-657-2187
5   Attorney for Plaintiff New Sensations, Inc.
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## San Francisco Division

| NEW SENSATIONS, INC., | CASE NO. CV 10-05863 WHA |
|---|---|
| Plaintiff, | **Status Report,** |
| v. | **Namely That with the Filing of Documents 57, 62 and 63, All Defendants Have Been Dismissed From the Case, Some Without Prejudice and Some With Prejudice, and No Defendants Remain in the Case** |
| DOES 1- 1745, | |
| Defendants. | |

Plaintiff hereby reports to the Court that with th filing of Documents ## 57, 62 and 63, filed, respectively, on August 18, 2011, September 30, 2011 and October 4, 2011, all defendants have now been dismissed, some without prejudice and some with prejudice, and no defendants remain in this case.

Respectfully submitted,

Date: October 4, 2011

*/s/ Ira M. Siegel*

Ira M. Siegel, Cal. State Bar No. 78142
email address:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:    310-435-7656
Fax:    310-657-2187

Attorney for Plaintiff New Sensations, Inc.