IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW SENSATIONS, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DOES 1–1745,<br><br>    Defendants.<br>                                                          / | No. C 10-05863 WHA<br><br>**ORDER CLOSING CASE** |

      Plaintiff filed this action against 1745 Doe defendants in December 2010. Over the last several months, plaintiff dismissed several groups of defendants. On October 4, 2011, plaintiff filed a dismissal and a status report indicating that "all defendants have now been dismissed" (Dkt. No. 64). As such, the action has been fully resolved. The Clerk **SHALL CLOSE THE FILE**.

      **IT IS SO ORDERED.**

Dated: October 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE